```
 1 | EUGENE G. IREDALE, ESQ. (SBN: 75292)
   | LAW OFFICES OF EUGENE G. IREDALE                FILED
 2 | 105 West "F" Street, 4th Floor
   | San Diego, California  92101-6036              2006 NOV 30  AM 8:37
 3 | TEL: (619) 233-1525  FAX: (619) 233-3221
   |                                                CLERK U.S. ...
 4 | DOUGLAS S. GILLILAND, ESQ. (SBN 157427)         SOUTHERN DISTRICT OF CALIFORNIA
   | AINBINDER, HITZKE & GILLILAND, INC.
 5 | 402 West Broadway, Ste. 1760                   BY_____DEPUTY
   | San Diego, California  92101
 6 | TEL: (619) 338-0700  FAX: (619) 338-0777

 7 | Attorneys for Plaintiff JOHN HALE

 8 |                    UNITED STATES DISTRICT COURT

 9 |              IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | JOHN HALE, an individual,        )  CASE NO.: 04-CV-2500-BEN(POR)
                                      )
11 |             Plaintiff,           )  **STIPULATION AND ORDER FOR
                                      )  FILING SECOND AMENDED
12 |       v.                         )  COMPLAINT**
                                      )
13 | GABRIEL GIL, an individual,      )  Ctrm:  3
    | JOSHUA WEBER, an individual,    )  Judge: Hon. Roger T. Benitez
14 |                                  )
    |             Defendants.         )  Comp. Filed:    December 15, 2004
15 |                                  )  Pre-Trial Conf: December 4, 2006
                                      )
16 | _____)
```

1

1  COME NOW, Plaintiff JOHN HALE, by and through his attorneys of
2  record, Law Offices of Eugene G. Iredale, by Eugene G. Iredale,
3  Esq. and AINBINDER, HITZKE & GILLILAND, Inc., by Douglas S.
4  Gilliland, Esq. and Defendant County of San Diego, by the Office of
5  County Counsel, by David G. Axtmann, Senior Deputy County Counsel,
6  and agree and stipulate as follows.

7  RECITALS:  The parties have now completed discovery in this
8  matter and all counsel have had an opportunity to re-evaluate the
9  claims of their respective clients in light of the evidence
10 discovered.  Based on such review, counsel has informally met and
11 conferred in an effort to narrow the claims and focus the operative
12 pleading.  As such, the parties have agreed to submit the attached
13 Second Amended Complaint to serve as the operative pleading at the
14 time of trial.  Concessions made in this regard by either side are
15 not to be construed as prevailing on the merits of any claim or
16 defense, rather it simply reflects an effort by counsel to narrow
17 the claims and focus the operative pleading for the purposes of
18 trial.

19 STIPULATION:  Based on the foregoing, the parties hereby
20 stipulate and agree that the Second Amended Complaint attached
21 hereto shall be the operative pleading in this case.

22 SO STIPULATED:

25 DATED:_____       By:_____
                                        Eugene G. Iredale, Esq.
26                                      Co-Counsel for Plaintiff

COME NOW, Plaintiff JOHN HALE, by and through his attorneys of record, Law Offices of Eugene G. Iredale, by Eugene G. Iredale, Esq. and AINBINDER, HITZKE & GILLILAND, Inc., by Douglas S. Gilliland, Esq. and Defendant County of San Diego, by the Office of County Counsel, by David G. Axtmann, Senior Deputy County Counsel, and agree and stipulate as follows.

RECITALS: The parties have now completed discovery in this matter and all counsel have had an opportunity to re-evaluate the claims of their respective clients in light of the evidence discovered. Based on such review, counsel has informally met and conferred in an effort to narrow the claims and focus the operative pleading. As such, the parties have agreed to submit the attached Second Amended Complaint to serve as the operative pleading at the time of trial. Concessions made in this regard by either side are not to be construed as prevailing on the merits of any claim or defense, rather it simply reflects an effort by counsel to narrow the claims and focus the operative pleading for the purposes of trial.

STIPULATION: Based on the foregoing, the parties hereby stipulate and agree that the Second Amended Complaint attached hereto shall be the operative pleading in this case.

SO STIPULATED:

DATED: 8 Nov 2006

By: _____
Eugene G. Iredale, Esq.
Co-Counsel for Plaintiff

2

```
3  DATED: _____        By: _____
                                        Douglas S. Gilliland, Esq.
4                                       Co-Counsel for Plaintiff

6  DATED: 10-28-06                      By: [signature]
                                        David C. Axtmann, Senior Deputy
7                                       County Counsel for Defendants

8     ORDER:

9     Based on the foregoing, this court finds good cause to exist
10 for the filing of the second amended complaint which will be deemed
11 filed and served as of the date this order is executed and shall
12 become the operative pleading in this case.

14  DATED:  11/29/06                    [signature]
                                        Hon. Roger T. Benitez
15                                      U.S. Dist. Court Judge
```

3


1
2
3  DATED: 11-06-06                         By: _____
4                                          Douglas S. Gilliland, Esq.
                                           Co-Counsel for Plaintiff
5
6  DATED: _____                By: _____
                                           David G. Axtmann, Senior Deputy
7                                          County Counsel for Defendants

8      ORDER:

9      Based on the foregoing, this court finds good cause to exist
10 for the filing of the second amended complaint which will be deemed
11 filed and served as of the date this order is executed and shall
12 become the operative pleading in this case.

13
14 DATED: _____               _____
                                          Hon. Roger T. Benitez
15                                        U.S. Dist. Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28