UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HALE, Plaintiff, v. SAN DIEGO SHERIFF'S DEPARTMENT, a municipal sub-agency of the COUNTY OF SAN DIEGO, CITY OF SAN DIEGO, a municipal corporation, SHERIFF WILLIAM KOLENDER, an individual, DOES 1-20, INCLUSIVE, Defendants. | Civil No. 04cv2500-BEN(POR) **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On January 8 and 9, 2008, counsel for the parties contacted the Court to request that a Settlement Conference be held in this matter prior to the commencement of trial before the Honorable Roger T. Benitez on January 16, 2008. Due to the Court's familiarity with the case, counsel for the parties requested that the Settlement Conference be held before another magistrate judge in the United States District Court for the Southern District of California.

A Settlement Conference shall be conducted on **January 10, 2008**, at **2:00 p.m.**, in the chambers of the Honorable Leo S. Papas. All parties and representatives with complete authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, *must be present* and legally and factually prepared to discuss and resolve the case at the settlement

///

///

///

conference. All conference discussions will be informal, off the record, privileged and confidential.

IT IS SO ORDERED:

DATED: January 9, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: Honorable Roger T. Benitez
All parties